IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTIAN HEATH CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21-cv-00419 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CREATIVE COST CONTROL, CORP. | ) | By:   Hon. Thomas T. Cullen |
| d/b/a SERVPRO OF ROANOKE, | ) | United States District Judge |
| MONTGOMERY, & PULASKI, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Defendant Creative Cost Control, Corp., d/b/a SERVPRO of Roanoke, Montgomery, and Pulaski's Motion to Dismiss (ECF No. 4) is **GRANTED in part** and **DENIED in part**.

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 1st day of November, 2021.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE