**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHRISTIAN HEATH CRAWFORD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No: 7:21-cv-00419-TTC** |
| **CREATIVE COST CONTROL** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION OF DISMISSAL**

The parties hereto stipulate and agree that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees.

Date: April 10, 2022

AGREED:

| | |
|---|---|
| /s/ Brittany M. Haddox | */s/ James K. Cowan, Jr.* |
| Brittany M. Haddox, Esq. (VSB # 86416) | James K. Cowan, Jr., Esq. (VSB # 37163) |
| Thomas E. Strelka, Esq. (VSB # 75488) | Eric Chapman, Esq. (VSB # 86409) |
| L. Leigh R. Strelka, Esq. (VSB # 73355) | COWANPERRY PC |
| N. Winston West, IV, Esq. (VSB # 92598) | 250 S. Main Street, Suite 226 |
| Monica L. Mroz, Esq. (VSB # 65766) | Blacksburg, VA 24060 |
| STRELKA EMPLOYMENT LAW | Phone: 540-443-2850 |
| Warehouse Row | jcowan@cowanperry.com |
| 119 Norfolk Avenue, S.W., Suite 330 | echapman@cowanperry.com |
| Roanoke, VA  24011 | *Counsel for Defendant* |
| Tel:  540-283-0802 | |
| brittany@strelkalaw.com | |
| thomas@strelkalaw.com | |
| leigh@strelkalaw.com | |
| winston@strelkalaw.com | |
| monica@strelkalaw.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2022, a true and accurate copy of the foregoing was electronically provided to all counsel of record.

/s/ *Brittany M. Haddox*
Brittany M. Haddox
